# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Doe, et al.

                      Plaintiff,

v.

                      Case No.: 1:22−cv−05211

                      Honorable Virginia M. Kendall

Individuals, Corporations, Limited Liabilites, Partnerships and Unincorporated Associations Identified on Schedule A Hereto, The, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2023:

    MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/30/2023. Plaintiff's Motion for Entry of Default and Default Judgment as to remaining Defendants [81] is granted. Enter Order of Default as to remaining Defendants. Judgment Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.